So Ordered.

Signed this 20 day of May, 2020.

_____

Margaret Cangilos-Ruiz

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

In re:

Donald W. Fairbanks, Jr.

                Debtor.

----------------------------------------------------------------------X

CASE NO: 18-31636-5-mcr

CHAPTER 13

JUDGE MARGARET M. CANGILOS-RUIZ

## EX-PARTE ORDER MODIFYING AND TERMINATING AUTOMATIC STAY

**UPON** the Application (the "Application") of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust (the "Movant"), through its attorneys, Friedman Vartolo, LLP, for relief from the automatic stay, and

**WHEREAS**, or about August 13, 2019 an Order Conditionally Granting Relief from Stay was signed by the Hon. Margaret M. Cangilos-Ruiz (the "Conditional Order"), and

**WHEREAS**, the Debtor having defaulted in making the required payments pursuant to the terms of the Conditional Order, and

**WHEREAS**, a Notice to Cure having been issued and served by Movant pursuant to the terms of the Conditional Order and

**WHEREAS**, the Debtor having failed to timely cure the default set forth in the Notice to Cure, and

**UPON** the Affirmation of Non-Compliance filed herewith, it is therefore, hereby

**ORDERED**, that the Application of Movant is granted modifying the automatic stay to allow Movant, its successors and/or assigns, to pursue any and all action and to exercise its remedies as to the property known as 472 Portage Street Watertown, NY 13601; and it is further

**ORDERED**, that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED**, that the case trustee be added as a necessary party to receive notice of the report of sale and surplus money proceedings and closure of the case shall not constitute an abandonment of the trustee's interest, if any, in any surplus proceeds.

###